**[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 42.]**

THE STATE EX REL. HUTCHINSON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Hutchinson v. Indus. Comm.*, 1999-Ohio-223.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 99-43—Submitted August 25, 1999—Decided October 13, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD12-1677.

_____

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Cecille Caluya Harris*, Assistant Attorney General, for appellee Industrial Commission.

*Willacy, LoPresti & Marcovy, Salvatore J. LoPresti* and *Sherri Neiding McComas*, for appellee Cyclops Corporation, n.k.a. Armco, Inc.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____